No. 02–8983. RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8985. PAJES-LASTRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8987. PAYNE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8988. SANDOVAL-HIDALGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8991. PRINCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9001. CRUZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9002. CASAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9004. JORDAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9005. BRUNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9006. BRAMSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9007. ALANIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9010. BURRELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9011. PORTILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9013. PALMER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9020. BROWN v. GERLINSKI, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 02–9025. SANDERS v. UNITED STATES. Ct. App. D. C. Certiorari denied.